■ In the Matter of the Arbitration between MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, and CLARKE BARIDON, INC., Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. Specifically excluded from the arbitration clause were disputes for which provision for determination was otherwise made in the agreement. Since such a provision for determination of disputes as to the claims made by the subcontractor herein is included in another part of the agreement, there is no contract to arbitrate them. Hence, a stay of the arbitration was properly granted. We do not consider whether appellant has any alternate remedy. All we decide is that the matter in dispute is not arbitrable under the express terms of the contract. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ LENA DELGROSSO, as Administratrix of the Estate of MARIO DELGROSSO, Deceased, Respondent, v. EXIMPERIUM CORPORATION, Defendant and Third-Party Plaintiff-Appellant. LONGCHAMPS, INC., Third-Party Defendant-Respondent, et al., Third-Party Defendant.— The order at Special Term is modified in the exercise of discretion to delete all reference to a severance of the action and to provide for a trial of the issues of negligence, freedom from contributory negligence and damage as raised by the pleadings in the main action and thereafter for a trial before another jury on framed issues as presented by the pleadings in the third-party action. In this posture of procedure, the question of prejudice becomes academic. The order as so modified is affirmed, without costs. Settle order. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ PHILIP SCHECTMAN et al., Respondents, v. R. C. BAKER et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ ARMIN HOFFMAN, Respondent, v. RAYMOND G. MASSA, Appellant.— Order unanimously affirmed, without costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ BERNARD MAYER, Respondent, v. ERICO CORPORATION, Appellant.— The order at Special Term is modified to strike item 2 entirely; to delete the word "exact" in item 1 (a); to delete the words following "conversations" and substitute in place thereof the phrase "that constituted the oral contract" in item 1 (b); to delete the words, "and made fraudulently by the plaintiff" in item 7. The order as so modified is otherwise affirmed, with costs to the appellant. Settle order. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.